No. 758. NORTH AMERICAN BOND TRUST, CITY BANK FARMERS TRUST CO., TRUSTEE, v. COMMISSIONER OF INTERNAL REVENUE. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Claude A. Hope* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Michael H. Cardozo, IV,* for respondent.

Nos. 763 and 764. FITZGERALD, TRUSTEE, v. GULF REFINING CO.;

No. 765. FITZGERALD, TRUSTEE, v. HUMBLE OIL & REFINING CO.;

No. 766. FITZGERALD, TRUSTEE, v. SHELL OIL CO., INC.;

No. 767. FITZGERALD, TRUSTEE, v. FREEPORT SULPHUR CO.;

No. 768. FITZGERALD, TRUSTEE, v. COCKRELL;

No. 769. FITZGERALD, TRUSTEE, v. GULF REFINING CO. OF LOUISIANA ET AL.; and

Nos. 770 and 771. FITZGERALD, TRUSTEE, v. COCKRELL ET AL. January 5, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Robert S. Marx, Frank E. Wood, Eugene D. Saunders,* and *Eldon S. Lazarus* for petitioner. *Messrs. Monte M. Lemann, Victor W. Klein,* and *Walter J. Suthon, Jr.* for the Gulf Refining Co. et al., respondents. Reported below: 122 F. 2d 232.

No. 308. KNOTT ET AL. v. GOVERNOR CLINTON CO., INC. On petition for writ of certiorari to the Circuit Court of